UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW L. FIDLER,

                              Petitioner,

                -against-

WARDEN RICKARD,

                              Respondent.

7:26-CV-2518 (JGLC) (AEK)

ORDER TO ANSWER, 28 U.S.C. § 2241

ANDREW E. KRAUSE, United States Magistrate Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

By June 8, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition.  Petitioner may file reply papers, if any, by July 8, 2026.  The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner.

SO ORDERED.

Dated:    April 8, 2026
          White Plains, New York

_____
       ANDREW E. KRAUSE
    United States Magistrate Judge